(63 Misc. Rep. 319.)

## SIFF v. FORBES.

(Supreme Court, Appellate Term.　May 27, 1909.)

PRINCIPAL AND AGENT (§ 171*)—RATIFICATION—LOANS.

　　Where a political party received the benefit of money borrowed by its executive committee, and the loan and its purpose were reported to the national convention, there was a ratification of the unauthorized act of the committee in procuring the loan.

　　[Ed. Note.—For other cases, see Principal and Agent, Cent. Dig. §§ 644–655; Dec. Dig. § 171.*]

Appeal from City Court of New York, Special Term.

Action by Ephriam Siff against Eber Forbes, as treasurer of the Socialist Labor party. From a judgment entered on a verdict in favor of the plaintiff, and from an order denying a motion for a new trial, defendant appeals. Affirmed.

Argued before DAYTON, SEABURY, and LEHMAN, JJ.

Benjamin Patterson, for appellant.
Nathan Burkan, for respondent.

LEHMAN, J. The plaintiff is suing for money loaned to the Socialist Labor party through its national executive committee. It appears that the committee had no power or authority to borrow this money; but, if we accept the testimony of the plaintiff's witnesses, the Socialist Labor party received the benefit of the money, and the loan and its purpose were both reported to the national convention. I think that this report gave to the party a knowledge of the transac-

tion, and that its silent acquiescence, with such knowledge, in the benefits received, was a sufficient ratification.

Judgment and order appealed from should therefore be affirmed, with costs to the respondent. All concur.